ALBERT C. TRANT, LTD., Respondent, v. LEON A. E. MOLLET and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

MALCOLM M. SLAUGHTER & Co., INC., Respondent, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of EMERSON E. ROSSMOORE, Petitioner, Appellant, against NEW YORK PRODUCE EXCHANGE, Respondent.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

REGINA MARGARETEN and Others v. LEOPOLD HOROWITZ and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CATHERINE MORIARTY, as Administratrix, etc., v. S. ROBERT ELTON, INC., Impleaded with JESSIE J. GOLDBERG and Others.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

DONATO DELLATTE v. EMPIRE STEAMSHIP SERVICE CORP. and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for extension of time to answer granted until twenty days after service of a copy of the order with notice of entry thereof. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of JEROME J. S. HIGGINS against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROSE SILK MILLS, INC., v. CLEVELAND CLOTH MILLS, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

AMERICAN SURETY COMPANY OF NEW YORK and Others v. CHARLES E. FENNER and Others, Individually and as Copartners Trading under the Firm Name and Style of FENNER & BEANE, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

AMERICAN SURETY COMPANY OF NEW YORK and Others v. CHARLES E. FENNER and Others, Individually and as Copartners Trading under the Firm Name and Style of FENNER & BEANE, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

GRACE I. SWEET and Others v. FRANK E. CAMPBELL, "THE FUNERAL CHURCH," INC., and MADISON AVENUE AND 81ST STREET CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.